**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-60242-CR-DAMIAN**

**UNITED STATES OF AMERICA**,

v.

**ALVIN MCGAULEY**,

Defendant.
_________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION [ECF NO. 69]**
**AS TO DEFENDANT'S MOTION TO SUPPRESS [ECF NO. 62]**

**THIS CAUSE** is before the Court on United States Magistrate Judge Ellen D'Angelo's Report and Recommendation Denying Defendant's Motion to Suppress, entered on October 30, 2026. [ECF No. 69 ("Report")].

THE COURT has considered the Report, the pertinent portions of the record, and relevant authorities and is otherwise fully advised.

Defendant, Alvin McGauley, was charged in this case by way of an October 16, 2025 Indictment with possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). He is presently set for trial during the Court's two-week trial calendar that begins November 16, 2026. [ECF No. 66].

On September 21, 2026, Defendant filed a Motion to Suppress Physical Evidence and Statements and Request for Evidentiary Hearing. [ECF No. 62]. The undersigned referred the Motion to Magistrate Judge D'Angelo [ECF No. 63], who held an evidentiary hearing on the Motion on October 15, 2026. *See* ECF No. 68. Following the hearing, Judge D'Angelo issued the Report, in which she recommends denying the Motion to Suppress. As Judge D'Angelo explains in the Report, the search warrant application sufficiently set forth

bases for probable cause to search McGauley's residence, and, even if it were not sufficient, the good faith exception applies. *See* Report. The Report advised the parties that in light of the impending trial date, they had three (3) days within which to file written objections. *See* Report at 11. To date, no objections have been filed and the time to do so has passed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

The undersigned has reviewed the Report, the record, and the applicable law to assure herself that no clear error appears on the face of the record. The undersigned observes that Defendant filed a thorough, well-briefed Motion raising numerous issues in support of suppression, to which the United States submitted an equally thorough Response [ECF No. 67]. This Court reviewed the underlying briefing and the Magistrate Judge's Report. In light of that review, the undersigned agrees with Judge D'Angelo's well-reasoned findings and

thorough analyses and conclusions and agrees with Judge D'Angelo's recommendation that the Motion to Suppress be denied.

Accordingly, for the reasons set forth, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation **[ECF No. 69]** is **AFFIRMED AND ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. Defendant's Motion to Suppress Physical Evidence and Statements and Request for Evidentiary Hearing **[ECF No. 62]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge Ellen D'Angelo
All Counsel of Record